IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 8 2024

MITCHELL R. ELFERS
CLERK

TOBIN DOLAN, LYDIA DOLAN,
TANGEE DOLAN, DOROTHY JONES,
BRIAN RODGERS, BARBARA RODGERS,
MICHAEL SALAZAR, LINDA SALAZAR,
REYNALDO HERRERA, and
KATHY VALERA,

        Plaintiffs/Petitioners,

v.                                                                                         No. 1:23-cv-00908-JB-JFR

FEDERAL EMERGENCY MANAGEMENT
AGENCY; and DEANNE CRISWELL, in her
official capacity as Administrator of the
Federal Emergency Management Agency,

        Defendant/Respondent.

## ORDER VACATING AND RESETTING OMNIBUS HEARING

THIS MATTER came before the Court via Defendants/Respondents' unopposed Motion to Vacate and Reset Omnibus Hearing (Doc. 50).

The Court, having reviewed the record and noting Plaintiffs/Petitioners' consent to the Motion, finds the Motion well-taken and grants the Motion.

IT IS THEREFORE ORDERED that the September 30, 2024, omnibus hearing is vacated and reset for October 15, 2024, at 10:30 a.m. The deadline for Defendant/Respondent's Response Brief is accordingly extended until September 13, 2024 and the deadline for Plaintiffs/Petitioners' Reply brief is extended until October 14, 2024.

                                                                          _____
                                                                          THE HONORABLE JAMES O. BROWNING
                                                                          United States District Judge

APPROVED/SUBMITTED BY:

*/s/ Nicholas M. Sydow*
Nicholas M. Sydow
Brett C. Eaton
Assistant United States Attorneys

*Attorneys for Defendants/Respondents*


APPROVED:

*Jonna Lothyan electronically approved*
Gerald Singleton
Benjamin I. Siminou
Jonna Lothyan
Krystle D. Berkstresser
Alicia Zimmerman
Brian S. Colón
Jacob Payne
Singleton Schreiber, LLP

Marc M. Lowry
Rothstein Donatelli, LLP

Joe L. Lovell
Hannah Rivera
Lovell Hoffman Law

*Attorneys for Plaintiffs/Petitioners*