UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| TOBIN DOLAN, ET AL., <br><br>    *Plaintiffs/Petitioners*, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY; ET AL., <br><br>    *Defendants/Respondents*. | No. 23-cv-00908-JB-JFR |

**PLAINTIFFS' NOTICE TO ATTEND HEARING REMOTELY**

To the Court and Counsel,

Please take notice Alicia Zimmerman, Krystle D. Berkstresser, and Jonna D. Lothyan, counsel for Plaintiffs, will attend the Omnibus Hearing set for **Tuesday, October 15, 2024, at 10:30 a.m.,** by Zoom. Plaintiffs respectfully request the Court send a Zoom link to Ms. Zimmerman, Ms. Berkstresser, and Ms. Lothyan in advance of the hearing.

| | |
|---|---|
| Dated: October 7, 2024 | Respectfully submitted: |

SINGLETON SCHREIBER, LLP

*/s/ Jonna D. Lothyan*
Benjamin I. Siminou
Jonna D. Lothyan
Alicia Zimmerman
Krystle D. Berkstresser
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Ste 1025
San Diego, CA 92108
(619) 704-3288
*bsiminou@singletonschreiber.com*
*jlothyan@singletonschreiber.com*
*azimmerman@singletonschreiber.com*
*kberkstresser@singletonschreiber.com*

Brian S. Colón
Jacob Payne
SINGLETON SCHREIBER LLP
6501 Americas Pkwy. NE, Ste. 670
Albuquerque, NM 87110
(505) 587-3473
*bcolon@singletonschreiber.com*
*jpayne@singletonschreiber.com*

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to each of the parties of record.

SINGLETON SCHREIBER, LLP

*/s/ Jonna D. Lothyan*
*Jonna D. Lothyan*