UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| TOBIN DOLAN, ET AL.,<br><br>   *Plaintiffs/Petitioners*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY; ET AL.,<br><br>   *Defendants/Respondents*. | No. 23-cv-00908-JB-JFR |

**PLAINTIFFS' NOTICE TO ATTEND HEARING REMOTELY**

To the Court and Counsel,

Please take notice Joe L. Lovell and Hannah L. Rivera, counsel for Plaintiffs, will attend the Omnibus Hearing set for Tuesday, October 15, 2024, at 10:30 a.m., by Zoom. Plaintiffs respectfully request the Court send a Zoom link to Mr. Lovell and Ms. Rivera in advance of the hearing.

Dated this 7th day of October, 2024.

                                            Respectfully submitted,

                                            LOVELL HOFFMAN LAW, PLLC
                                            Joe L. Lovell (NM 150854)
                                            joe@lovellhoffman.com
                                            Hannah L. Rivera (NM 160054)
                                            hannah@lovellhoffman.com
                                            1008 S. Madison
                                            Amarillo, Texas 79101
                                            Tele:  806.376.8903
                                            Fax:   806.376.5345

                                            By: */s/ Joe L. Lovell*
                                                     Joe L. Lovell

                                            ***Counsel for Reynaldo Herrera and Kathy Varela***

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, I filed the foregoing pleading electronically through the CM/ECF system that caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Joe L. Lovell*
Joe L. Lovell