UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable John F. Robbenhaar
United States Magistrate Judge

**Clerk's Minutes**
Tuesday, October 22, 2024, at 9:30 a.m.

*Dolan et al v. Federal Emergency Management Agency et al.*
Civ. No. 23cv908  JB/JFR

**Plaintiffs' Attorneys Present:**[1]            Brian S. Colon
                                                 Jesse Gallegos
                                                 Jonna Lothyan
                                                 Joe Lovell
                                                 Alicia Zimmerman

**Defendants Attorney Present:**[2]             Brett C. Eaton

**Others Present:**                              Anthony Juzaitis - FEMA

**TYPE OF PROCEEDING:**   Status Conference
                          Total Time – Ten Minutes

**COURT'S NOTES/RULINGS:**

- The Court held a telephone status conference to discuss scheduling a settlement conference.

- Having heard from the parties that they are not prepared to proceed with settlement negotiations at this time, the Court will not schedule a settlement conference.

- There being nothing further, the Court concluded the status conference.

---

[1] Plaintiffs are Tobin Dolan, Lydia Dolan, Tangee Dolan, Dorothy Jones, Brian Rodgers, Barbara Rodgers, Michael Salazar, Linda Salazar, Reynaldo Herrera, and Kathy Valera.

[2] Defendants are Federal Emergency Management Agency and Deanne Criswell (Administrator of FEMA).