IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBIN DOLAN, LYDIA DOLAN,
TANGEE DOLAN, DOROTHY JONES,
BRIAN RODGERS, BARBARA RODGERS,
MICHAEL SALAZAR, LINDA SALAZAR,
REYNALDO HERRERA, and
KATHY VALERA,

    Plaintiffs/Petitioners,

v.                                    No. 1:23-cv-00908-JB-JFR

FEDERAL EMERGENCY MANAGEMENT
AGENCY; and DEANNE CRISWELL, in her
official capacity as Administrator of the
Federal Emergency Management Agency,

    Defendant/Respondent.

**ORDER DENYING AS MOOT**
**EXPEDITED MOTION FOR EXTENSION TO FILE RESPONSE BRIEF**

THIS MATTER came before the Court via Defendants/Respondents' Expedited Motion for Extension to File Response Brief (Doc. 46).

The Court, having reviewed the record and noting that the relief requested in the Motion has already been granted as in the Court's prior Order Vacating and Resetting Omnibus Hearing (Doc. 52), determines that the Motion is now moot. The extension requested in the Motion was already provided by the Order resetting the hearing on the subject briefing.

IT IS THEREFORE ORDERED that Defendants/Respondents' Expedited Motion for Extension to File Response Brief is DENIED AS MOOT.

_____
THE HONORABLE JAMES O. BROWNING
United States District Judge

APPROVED/SUBMITTED BY:

*/s/ Nicholas M. Sydow*
Nicholas M. Sydow
Brett C. Eaton
Assistant United States Attorneys

*Attorneys for Defendants/Respondents*


APPROVED:

*Jonna Lothyan approved*
Gerald Singleton
Benjamin I. Siminou
Jonna Lothyan
Krystle D. Berkstresser
Alicia Zimmerman
Brian S. Colón
Jacob Payne
Singleton Schreiber, LLP

Marc M. Lowry
Rothstein Donatelli, LLP

Joe L. Lovell
Hannah Rivera
Lovell Hoffman Law

*Attorneys for Plaintiffs/Petitioners*