IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOBIN DOLAN; LYDIA DOLAN; TANGEE DOLAN; DOROTHY JONES; BRIAN RODGERS; BARBARA RODGERS; MICHAEL SALAZAR; REYNALDO HERRERA; and KATHY VALERA,

      Plaintiffs,

vs.                                                                                                 No. CIV 23-0908 JB/JFR

FEDERAL EMERGENCY MANAGEMENT AGENCY,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed December 17, 2024 (Doc. 60)("MOO"). In the MOO, the Court: (i) holds unlawful and sets aside the Federal Emergency Management Agency's Hermit's Peak/Calf Canyon Fire Assistance Regulation, 44 C.F.R § 296.21; and (ii) compels FEMA to award noneconomic damages for injuries resulting from the Hermit's Peak/Calf Canyon Fire. See MOO at 1-2. The Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) the Federal Emergency Management Agency's Hermit's Peak/Calf Canyon Fire Assistance Regulation, 44 C.F.R. § 296.21, is unlawful and is set aside; (ii) FEMA must award noneconomic damages for injuries resulting from the Hermit's Peak/Calf Canyon Fire; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Brian Colon
Jesse Gallegos
Jacob Payne
Singleton Schreiber
Albuquerque, New Mexico

-- and --

Gerald Singleton
Benjamin Siminou
Jonna D. Lothyan
Krystle D. Berkstresser
Alicia Zimmerman
Singleton Schreiber
San Diego, California

> *Attorneys for Plaintiffs Tobin Dolan, Lydia Dolan, Tangee Dolan, Dorothy Jones, Brian Rodgers, Barbara Rodgers, Michael Salazar, Linda Salazar, Reynaldo Herrera, and Kathy Valera*

Joe Lovell
Lovell Hoffman Law, PLLC
Amarillo, Texas

> *Attorneys for Plaintiff Kathy Valera*

Alexander M.M. Uballez
  United States Attorney
Brett Eaton
Nicholas Sydow
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

> *Attorneys for Defendants*