IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARIANNA LANDS, CHARLES PAYNTER,<br><br>      Plaintiffs,<br><br>   v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, DEANNE CRESWELL, AND ANGELA GLADWELL,<br><br>      Defendants. | No. 1:23-cv-00869 JB-JFR |
| TOBIN DOLAN, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY; et al.,<br><br>      Defendants. | No. 1:23-cv-00908-JB-JFR |

**NOTICE OF EXTENSION OF TIME FOR BRIEFING**

Plaintiffs, by and through their undersigned counsel, provide notice pursuant to D.N.M.LR-Civ. 7.4(a) that all parties in *Lands, et al. v. FEMA* (Case 23cv869), and *Dolan, et al. v. FEMA* (Case 23cv908), have agreed to extend the deadline for Plaintiffs' Response to Defendants' Motion to Alter or Amend Judgment (Doc. 63, filed 1/14/25 in *Lands*) from January 28, 2025, to March 4, 2025.

Counsel for Defendants concurs.

| | |
|---|---|
| Dated: January 17, 2025 | Respectfully submitted: |
| | B&D LAW OFFICES, P.C. |
| | */s/ Mark C. Dow* |
| | Mark C. Dow, mcd@bdsfirm.com |
| | Cynthia L. Weisman, cw@bdsfirm.com |
| | AND |
| | Thomas Tosdal, tom@tosdallaw.com |
| | AND |
| | Ty Tosdal, ty@tosdallaw.com |
| | *Attorneys for Lands Plaintiffs* |
| | |
| | SINGLETON SCHREIBER, LLP |
| | */s/ Jonna D. Lothyan* |
| | Gerald Singleton |
| | Benjamin I. Siminou |
| | Jonna D. Lothyan |
| | SINGLETON SCHREIBER LLP |
| | 591 Camino de la Reina, Ste 1025 |
| | San Diego, CA 92108 |
| | (619) 704-3288 |
| | *gsingleton@singletonschreiber.com* |
| | *bsiminou@singletonschreiber.com* |
| | *jlothyan@singletonschreiber.com* |
| | and |
| | Brian S. Colón |
| | Jacob Payne |
| | SINGLETON SCHREIBER LLP |
| | 6501 Americas Pkwy. NE, Ste. 670 |
| | Albuquerque, NM 87110 |
| | (505) 587-3473 |
| | *bcolon@singletonschreiber.com* |
| | *jpayne@singletonschreiber.com* |
| | *Attorneys for Dolan Plaintiffs* |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2025, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as more fully reflected in the Notice of Electronic Filing:

Nicholas M. Sydow, Nicholas.sydow@usdoj.gov
Brett C. Eaton, brett.eaton@usdoj.gov

                                            */s/ Mark C. Dow*
                                            Mark C. Dow