IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBIN DOLAN, LYDIA DOLAN,
TANGEE DOLAN, DOROTHY JONES,
BRIAN RODGERS, BARBARA RODGERS,
MICHAEL SALAZAR, LINDA SALAZAR,
REYNALDO HERRERA, and
KATHY VALERA,

       Plaintiffs/Petitioners,

  v.                            No. 1:23-cv-00908-JB-JFR

FEDERAL EMERGENCY MANAGEMENT
AGENCY; and DEANNE CRISWELL, in her
official capacity as Administrator of the
Federal Emergency Management Agency,

       Defendants/Respondents.

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The UNITED STATES OF AMERICA respectfully submits this pleading to notify the Court and counsel that Assistant United States Attorney Jena Ritchey has replaced Assistant United States Attorney Brett C. Eaton as Government counsel in this cause.

       Respectfully submitted,

       HOLLAND S. KASTRIN
       Acting United States Attorney

       *Electronically signed & filed*
       JENA RITCHEY
       Assistant United States Attorney
       201 Third Street NW, Suite 900
       Albuquerque, NM 87102
       (505) 346-6860; Fax (505) 346-7205
       jena.ritchey@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 6, 2025, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties and counsel of record to be served, as more fully reflected on the Notice of Electronic Filing.

                                              *Electronically signed & filed*
                                              JENA RITCHEY
                                              Assistant United States Attorney