IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIANNA LANDS and CHARLES WILLIAM PAYNTER,

    Petitioners,

v.   No. 1:23-cv-869-JB-JFR

FEDERAL EMERGENCY MANAGEMENT AGENCY; DEANNE CRISWELL; and ANGELA GLADWELL,

    Respondents.

-- and --

TOBIN DOLAN; LYDIA DOLAN; TANGEE DOLAN; DOROTHY JONES; BRIAN RODGERS; MICHAEL SALAZAR; LINDA SALAZAR; REYNALDO HERRERA; and KATHY VALERA,

    Petitioners,

v.   No. 1:23-cv-908-JB-JFR

FEDERAL EMERGENCY MANAGEMENT AGENCY; DEANNE CRISWELL, in her official capacity as Administrator of the Federal Emergency Management Agency,

    Respondents.

### RESPONDENTS' NOTICE OF EXTENSION OF REPLY DATE

Respondents hereby provide notice that Petitioners and Respondents have agreed to extend the due date for Respondents' reply in support of their motion to amend or alter judgment under Federal Rule of Civil Procedure 59(e) (*Lands v. FEMA*, 1:23-cv-869-JB-JFR, Doc. 63; *Dolan v. FEMA*, 1:23-cv-908, Doc. 62). Pursuant to D.N.M. LR-Civ. 7.4,

Respondents' replies will be filed on or before April 8, 2025. This agreed-upon extension does not interfere with any existing case management deadlines.

    Respectfully submitted,

    HOLLAND S. KASTRIN
    Acting United States Attorney

    */s/ Nicholas M. Sydow*
    NICHOLAS M. SYDOW
    JENA RITCHEY
    Assistant United States Attorneys
    201 Third Street NW, Suite 900
    Albuquerque, NM 87102
    (505) 224-1460; Fax (505) 346-7205
    nicholas.sydow@usdoj.gov
    jena.ritchey@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2025, I filed the foregoing electronically through the CM/ECF system which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

    */s/ Nicholas M. Sydow*
    NICHOLAS M. SYDOW
    Assistant United States Attorney