IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBIN DOLAN; LYDIA DOLAN; TANGEE
DOLAN; DOROTHY JONES; BRIAN RODGERS;
MICHAEL SALAZAR; LINDA SALAZAR;
REYNALDO HERRERA; and KATHY VALERA,

   Petitioners,

v.              No. 1:23-cv-908-JB-JFR

FEDERAL EMERGENCY MANAGEMENT
AGENCY; DEANNE CRISWELL, in her official
capacity as Administrator of the Federal
Emergency Management Agency,

   Respondents.

## RESPONDENTS' NOTICE OF SECOND EXTENSION OF REPLY DATE

  Respondents hereby provide notice that Petitioners and Respondents have agreed to extend by seven days the due date for Respondents' reply in support of their motion to amend or alter judgment under Federal Rule of Civil Procedure 59(e), Doc. 62. This extension is necessary due to the illness of undersigned counsel and the need to obtain review of the filing by FEMA and the Department of Justice. Pursuant to D.N.M. LR-Civ. 7.4, Respondents' reply will be filed on or before April 15, 2025. This agreed-upon extension does not interfere with any existing case management deadlines.

            Respectfully submitted,

            HOLLAND S. KASTRIN
            Acting United States Attorney

            */s/ Nicholas M. Sydow*
            NICHOLAS M. SYDOW
            JENA RITCHEY
            Assistant United States Attorneys

>201 Third Street NW, Suite 900
>Albuquerque, NM 87102
>(505) 224-1460; Fax (505) 346-7205
>nicholas.sydow@usdoj.gov
>jena.ritchey@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 7, 2025, I filed the foregoing electronically through the CM/ECF system which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

>*/s/ Nicholas M. Sydow*
>NICHOLAS M. SYDOW
>Assistant United States Attorney