UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| TOBIN DOLAN, ET AL.,<br><br>    *Plaintiffs/Petitioners*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY; ET AL.,<br><br>    *Defendants/Respondents*. | No. 23-cv-00908-JB-JFR |

**PLAINTIFFS' NOTICE TO ATTEND HEARING REMOTELY**

To the Court and Counsel,

Please take notice Benjamin I. Siminou, counsel for Plaintiffs, will attend the Status Conference set for **Thursday, April 10, 2025, at 9:30 a.m.,** by Zoom. Plaintiffs respectfully request the Court send a Zoom link to Mr. Siminou in advance of the hearing.

Dated: April 9, 2025

Respectfully submitted:

SINGLETON SCHREIBER, LLP

*/s/ Benjamin I. Siminou*

Benjamin I. Siminou
Jonna D. Lothyan
Alicia Zimmerman
Krystle D. Berkstresser
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Ste 1025
San Diego, CA 92108
(619) 704-3288
*bsiminou@singletonschreiber.com*
*jlothyan@singletonschreiber.com*
*azimmerman@singletonschreiber.com*
*kberkstresser@singletonschreiber.com*

Brian S. Colón
Jacob Payne
SINGLETON SCHREIBER LLP
6501 Americas Pkwy. NE, Ste. 670
Albuquerque, NM 87110
(505) 587-3473
*bcolon@singletonschreiber.com*
*jpayne@singletonschreiber.com*

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that on April 9, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to each of the parties of record.

                SINGLETON SCHREIBER, LLP

                */s/ Benjamin I. Siminou*
                *Benjamin I. Siminou*