UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TOBIN DOLAN, ET AL.,

    *Plaintiffs/Petitioners*,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY; ET AL.,

    *Defendants/Respondents*.

No. 23-cv-00908-JB-JFR

**PLAINTIFFS' NOTICE TO ATTEND HEARING REMOTELY**

To the Court and Counsel,

Please take notice Joe L. Lovell and Hannah L. Rivera, counsel for Plaintiffs, will attend the Status Conference set for **Thursday, April 10, 2025, at 9:30 a.m**. by Zoom. Plaintiffs respectfully request the Court send a Zoom link to Mr. Lovell and Ms. Rivera in advance of the hearing.

Dated this 9th day of April 2025.

    Respectfully submitted,

    LOVELL HOFFMAN LAW, PLLC
    Joe L. Lovell (NM 150854)
    joe@lovellhoffman.com
    Hannah L. Rivera (NM 160054)
    hannah@lovellhoffman.com
    1008 S. Madison
    Amarillo, Texas 79101
    Tele:  806.376.8903
    Fax:   806.376.5345

    By: */s/ Joe L. Lovell*
        Joe L. Lovell

    **Counsel for Kathy Varela**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I filed the foregoing pleading electronically through the CM/ECF system that caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Joe L. Lovell*
Joe L. Lovell
