UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TOBIN DOLAN, ET AL.,

   *Plaintiffs/Petitioners*,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY;
ET AL.,

   *Defendants/Respondents*.

No. 23-cv-00908-JB-JFR

**PLAINTIFFS' NOTICE TO ATTEND HEARING REMOTELY**

To the Court and Counsel:

    Please take notice Joe L. Lovell and Hannah L. Rivera, counsel for Plaintiffs, will attend the Hearing on **Respondents' Motion to Alter or Amend Judgment** set for **Wednesday, April 23, 2025, at 1:30 p.m.** by Zoom. Plaintiffs respectfully request the Court send a Zoom link to Mr. Lovell and Ms. Rivera in advance of the hearing.

    Dated this 23rd day of April 2025.

                                             Respectfully submitted,

                                             LOVELL HOFFMAN LAW, PLLC
                                             Joe L. Lovell (NM 150854)
                                             joe@lovellhoffman.com
                                             Hannah L. Rivera (NM 160054)
                                             hannah@lovellhoffman.com
                                             1008 S. Madison
                                             Amarillo, Texas 79101
                                             Tele:  806.376.8903
                                             Fax:   806.376.5345

                                             By: */s/ Joe L. Lovell*
                                                   Joe L. Lovell

                                             ***Counsel for Kathy Varela***

1

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2025, I filed the foregoing pleading electronically through the CM/ECF system that caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                */s/ Joe L. Lovell*
                                                Joe L. Lovell