UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| TOBIN DOLAN, ET AL., *Plaintiffs/Petitioners,*  v.  FEDERAL EMERGENCY MANAGEMENT AGENCY; ET AL., *Defendants/Respondents.* | No. 23-cv-00908-JB-JFR |

**PLAINTIFFS' NOTICE TO ATTEND HEARING REMOTELY**

To the Court and Counsel,

Please take notice Alicia Zimmerman, counsel for Plaintiffs, will attend the hearing on Respondents' Motion to Alter or Amend Judgment set for **Wednesday, April 23, 2025, at 1:30 p.m.**, by Zoom. Plaintiffs respectfully request the Court send a Zoom link to Ms. Zimmerman in advance of the hearing.

|  |  |
|---|---|
| Dated: April 23, 2025 | Respectfully submitted: |

SINGLETON SCHREIBER, LLP

*/s/ Alicia Zimmerman*
Benjamin I. Siminou
Jonna D. Lothyan
Alicia Zimmerman
Krystle D. Berkstresser
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Ste 1025
San Diego, CA 92108
(619) 704-3288
*bsiminou@singletonschreiber.com*
*jlothyan@singletonschreiber.com*
*azimmerman@singletonschreiber.com*
*kberkstresser@singletonschreiber.com*

Brian S. Colón
Jacob Payne
SINGLETON SCHREIBER LLP
6501 Americas Pkwy. NE, Ste. 670
Albuquerque, NM 87110
(505) 587-3473
*bcolon@singletonschreiber.com*
*jpayne@singletonschreiber.com*

Attorney for Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to each of the parties of record.

SINGLETON SCHREIBER, LLP

*/s/ Alicia Zimmerman*
Alicia Zimmerman