UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CIV 23-908 JB/JFR          **DATE:** 4/23/2025

**TITLE:** Dolan, et al. v. Federal Emergency Management Agency, et al.

**COURTROOM CLERK:** C. Padilla          **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 1:36 PM / 3:01 PM          **TOTAL TIME:** 2:07
                     3:19 PM / 4:01 PM

**TYPE OF PROCEEDING:** MOTION HEARING

**COURT RULING/DISPOSITION:**
1. RESPONDENTS' MOTION TO ALTER OR AMEND JUDGMENT [62]

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Nicholas Sydow                                    Brian Colon and Benjamin Siminou

**PROCEEDINGS:**

**COURT IN SESSION: 1:36 PM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES. ADDRESSES MOTION TO RECONSIDER.

**MR. SYDOW:** ARGUES IN SUPPORT OF MOTION.

**COURT:** IT MAY FEEL LIKE THOSE ARE FINDINGS OF FACT.

**MS. SIMINOU:** NOTHING COMES TO MIND THAT WOULD DISAGREE WITH YOUR OPINION.

**COURT:** DID YOU THINK I WAS MAKING FINDINGS OF FACT?

**MR. SIMINOU:** NO, YOUR HONOR.

**COURT:** HOW DID YOU READ THE PHRASES?

**MR. SIMINOU:** RESPONDS.

**COURT:** WHAT DO YOU THINK ABOUT MR. SYDOWS ARGUMENT?

**MR. SIMINOU:** RESPONDS.

**MR. SYDOW;** ARGUES IN CONCLUSION.

**COURT:** DO YOU WANT TO GO ON THE THIRD ISSUE?

**MR. SYDOW:** RESPONDS.

**RECESS:** 3:01 PM

**COURT IN SESSION:** 3:19 PM

**MR. SIMINOU:** CONTINUES WITH ARGUMENT .

**COURT**: I CHOPPED EVERYBODY'S ARGUMENT UP. DO YOU WANT TO SAY ANYTHING ELSE?

**MR. SYDOW:** RESPONDS.

**COURT:** LET ME RETURN TO THE STATUTE YOU'VE BEEN TALKING ABOUT.

**MR. SYDOW:** RESPONDS.

**COURT:** IS THERE ANYTHING ELSE YOU WANT TO SAY ABOUT YOUR MOTION?

**MR. SYDOW:** RESPONDS.

**MR. SIMINOU:** RESPONDS.

**COURT:** NOT INCLINED TO CHANGE MY MIND ON THAT PORTION. AS FAR AS THE TRESPASS NUISANCE I'LL HAVE TO LOOK AT IT. I STILL WANT TO THINK A LITTLE ABOUT. I THINK THE GUTS OF THE OPINION WILL REMAIN.

NOTHING FURTHER.

**COURT IN RECESS: 4:01 PM**