UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBIN DOLAN, ET AL.,

    *Plaintiffs/Petitioners;*

v.                                       Civil Action No. 23-cv-00908-JB-JFR

FEDERAL EMERGENCY MANAGEMENT AGENCY;
ET AL.,

    *Defendants/Respondents.*

## **NOTICE OF APPEARANCE OF CO-COUNSEL FOR PLAINTIFF KATHY VARELA**

Ben R. Lovell, of the firm LOVELL HOFFMAN LAW, PLLC, hereby enters his Notice of Appearance as Co-Counsel for Plaintiff Kathy Varela in the above-entitled and numbered cause, and respectfully requests that his name be noted in the Court's file and that copies of all future filings and notices be sent to him at the following addresses: LOVELL HOFFMAN LAW, PLLC, 1008 S. Madison, Amarillo, Texas 79101, Tele. (806) 376-8903; ben@makerightlaw.com.

Ben R. Lovell is admitted to practice in this Court and is registered with the District Clerk pursuant to the Court's ECF/ENS requirements.

                                                        Respectfully submitted,

                                                        LOVELL HOFFMAN LAW, PLLC
                                                        Joe L. Lovell, NM Bar 150854
                                                        joe@makerightlaw.com
                                                        Hannah L. Rivera, NM Bar 160054
                                                        hannah@makerightlaw.com
                                                        Ben R. Lovell, NM Bar 161949
                                                        ben@makerightlaw.com
                                                        1008 S. Madison
                                                        Amarillo, Texas 79101
                                                        Tele:   806-376-8903
                                                        Fax:    806-376-5345

                                                        By: */s/ Ben R. Lovell*
                                                              Ben R. Lovell

                                                        ***Attorneys for Kathy Varela***

## **CERTIFICATE OF SERVICE**

      I certify the foregoing document was electronically filed on the 18th day of June, 2025, using the court's CM/ECF system, which will provide a notice of electronic filing to all counsel of record.

                                                         */s/ Ben R. Lovell*
                                                         Ben R. Lovell