IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TOBIN DOLAN, LYDIA DOLAN,
TANGEE DOLAN, DOROTHY JONES,
BRIAN RODGERS, BARBARA RODGERS,
MICHAEL SALAZAR, LINDA SALAZAR,
REYNALDO HERRERA, and
KATHY VALERA,

      Plaintiffs/Petitioners,

      v.            No. 1:23-cv-00908-JB-JFR

FEDERAL EMERGENCY MANAGEMENT
AGENCY; and DEANNE CRISWELL, in her
official capacity as Administrator of the
Federal Emergency Management Agency,

      Defendants/Respondents.

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Jena Ritchey, Assistant United States Attorney for the District of New Mexico, hereby withdraws from the above-captioned case. Assistant United States Attorney Nicholas M. Sydow will remain as counsel for Defendants/Respondents Federal Emergency Management Agency, and Deanne Criswell in her official capacity as Administrator of the Federal Emergency Management Agency.

          Respectfully submitted,

          RYAN ELLISON
          United States Attorney

          */s/ Jena Ritchey*
          JENA RITCHEY
          Assistant United States Attorney
          201 Third Street NW, Suite 900
          Albuquerque, NM 8710
          (505) 346-6860; Fax (505) 346-7205
          jena.ritchey@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 11, 2025, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                        */s/ Jena Ritchey*
                                        JENA RITCHEY
                                        Assistant United States Attorney